UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVY COACH, INC. | : |
| | : |
| Plaintiff, | : Index No.: 1-21-CV-03604 |
| vs. | : |
| | : |
| LEHREN EDUCATION, LLC | : |
| | : |
| | : |
| Defendants. | : |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2021

### ~~[PROPOSED]~~ ORDER TRANSFERRING VENUE PURSUANT TO 28 U.S.C. §1404(a)

Upon consideration of the Parties' Stipulation to Transfer Venue Pursuant to 28 U.S.C. §1404(a), it is hereby

ORDERED that the Stipulation is accepted.  The Clerk is directed to transfer the above-captioned case to the United States District Court for the Eastern District of Michigan. No further proceedings shall be had in this Court.

Dated ____May 26,____ 2021

_____
Hon. Valerie Caproni
United States District Judge